IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CTGW, LLC,

        Plaintiff,

v.

GSBS, PC, COLVIN ENGINEERING
ASSOCIATES, INC., and SPECTRUM
ENGINEERS, INC.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-667-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants GSBS, PC, Colvin Engineering Associates, Inc., and Spectrum Engineers, Inc. dismissing this case for lack of subject matter jurisdiction.


_Peter Oppeneer_                              7/26/10

Peter Oppeneer, Clerk of Court            Date